MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

STEPHEN MEYER (CABN 263954)
DANIEL KALEBA (CABN 223789)
Assistant United States Attorneys

   150 Almaden Boulevard, Suite 900
   San Jose, CA 95113
   Telephone: (408) 535-5032
   Fax: (408)-535-5066
   E-Mail: Stephen.Meyer@usdoj.gov

Attorneys for United States of America

**FILED**

NOV 3 0 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 12-CR-0723-EJD |
| v. | STIPULATION AND [PROPOSED] PROTECTIVE ORDER RE: DISCOVERY |
| JOSE FARIAS BARAJAS and VICTOR MANUEL RODRIGUEZ, | SAN JOSE VENUE |
| Defendants. | |

With the agreement of the parties, and with the consent of defendants, the Court enters the following Order:

Defendants are charged with: (1) Conspiracy to Distribute and Possess with Intent to Distribute a Controlled Substance, in violation of Title 21, United States Code, Section 846; and (2) Possession with Intent to Distribute and Distribution of a Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1). Pursuant to defendants' requests, the United States will produce copies of the audio and video recordings of the defendants (the "RECORDINGS") to defense counsel, in lieu of making them available for review only, pursuant to the following restrictions:

PROTECTIVE ORDER
CR-12-0723-EJD

       c)     they agree that they will only access the RECORDINGS and information for the purposes of preparing a defense for defendant;

       d)     they understand that failure to abide by this Order may result in sanctions by this Court.

Counsel for defendant shall either (1) send signed copies of the Order to counsel for the United States or (2) file signed copies of the Order, *ex parte* and under seal. The United States shall have no access to the signed copies filed under seal without further order of the Court.

    5.     No other person may be allowed to examine the RECORDINGS without further order of the Court. Examination of the RECORDINGS shall be done in a secure environment which will not expose the materials to other individuals not listed above.

    6.     The RECORDINGS may be duplicated to the extent necessary to prepare the defense of this matter. Any duplicates will be treated as originals in accordance with this Order.

    7.     If the RECORDINGS are attached to any pleadings, the RECORDINGS shall be filed or lodged under seal.

    8.     The defense team shall return the RECORDINGS (and any duplicate copies of the same) to the United States fourteen calendar days after any one of the following events, whichever occurs latest in time: dismissal of all charges against defendant; defendant's acquittal by court or jury; or the conclusion of any direct appeal.

    9.     After the conclusion of proceedings in the district court or any direct appeal in the above-captioned case, the United States will maintain a copy of the RECORDINGS. The United States will maintain the RECORDINGS until the time period for filing a motion pursuant to 28 U.S.C. § 2255 has expired. After the statutory time period for filing such a motion has expired, the United States may destroy the RECORDINGS. In the event defendant is represented by counsel and files a motion pursuant to 28 U.S.C. § 2255, the United States will provide that counsel with a copy of the RECORDINGS under the same restrictions as trial and direct appeal defense counsel. Defendant's attorney in any action under 28 U.S.C. § 2255 shall return the same materials fourteen calendar days after the district court's ruling on the motion or fourteen calendar days after the conclusion of any direct appeal of the district court's denial of the

1.  Except when being actively examined for the purpose of the preparation of the defense of defendant, the RECORDINGS shall be maintained in a locked, safe, and secure drawer, cabinet, or safe or password-protected electronic device (e.g., computer, memory stick), which is accessible only to defense counsel, members of his or her law firm who are working with him or her to prepare defendant's defense, and his or her investigator(s) and/or expert(s). Defense counsel, members of his or her law firm, defendant, and the investigator(s) and/or expert(s) shall not permit any person access of any kind to the RECORDINGS except as set forth below.

2.  The following individuals may examine the RECORDINGS for the sole purpose of preparing the defense of defendant and for no other purpose:

    a) Counsel for defendant;

    b) Members of defense counsel's law office or other individuals working with defense counsel who are assisting with the preparation of defendant's defense;

    c) Defendant, but only in the presence of defense counsel or another authorized person listed in this paragraph, (defendant may not take or maintain the RECORDINGS or copies thereof);

    d) Investigators or experts retained by defendant to assist in the defense of this matter.

If defense counsel determines that additional persons are needed to review the RECORDINGS, he or she must obtain a further order of the Court before allowing any other individual to review the materials.

3.  A copy of this Order shall be maintained with the RECORDINGS at all times.

4.  All individuals, other than defense counsel and defendant, who receive access to the RECORDINGS, prior to receiving access to the materials, shall sign a copy of this Order acknowledging that:

    a) they have reviewed the Order;

    b) they understand its contents;

motion, whichever is later.

STIPULATED:

DATED: November 16, 2012
/s/
ROBERT CARLIN
Attorney for Defendant Jose Barajas

DATED: November 16, 2012
/s/
MARK FLANAGAN
Attorney for Defendant Victor Rodriguez

DATED: November 16, 2012
MELINDA HAAG
United States Attorney

/s/
STEPHEN J. MEYER
DANIEL R. KALEBA
Assistant United States Attorneys

IT IS SO ORDERED that disclosure of the above-described materials shall be restricted as set forth above.

DATED: November 30, 2012

HONORABLE ~~EDWARD J. DAVILA~~
United States ~~District~~ Judge
Magistrate

**HOWARD R. LLOYD**

PROTECTIVE ORDER
CR-12-0723-EJD                    4