1  STEVEN G. KALAR
   Federal Public Defender
2  ROBERT M. CARLIN
   Assistant Federal Public Defender
3  55 South Market Street, Suite 820
   San Jose, CA  95113
4  Telephone:  (408) 291-7753
   E-mail: robert_carlin@fd.org
5
   Counsel for Defendant
6  JOSE FARIAS BARAJAS

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                      SAN JOSE DIVISION

11 UNITED STATES OF AMERICA,      )   No. CR 12-00723-EJD
                                  )
12           Plaintiff,            )   **STIPULATION TO CONTINUE**
                                  )   **SENTENCING HEARING; [PROPOSED]**
13 vs.                            )   **ORDER**
                                  )
14 JOSE FARIAS BARAJAS,           )
                                  )
15           Defendant.            )
16 _____

17      Plaintiff United States of America, by and through Assistant United States Attorney

18 Daniel Kaleba, and Defendant JOSE FARIAS BARAJAS ("Mr. Farias"), by and through his

19 attorney of record, Assistant Federal Public Defender Robert Carlin, hereby stipulate that the

20 sentencing hearing in this case should be continued from October 7, 2014, to January 29, 2015,

21 at 1:30 p.m.

22      1. On March 20, 2014, Mr. Farias appeared before this Honorable Court and entered

23 guilty pleas to violations of 18 U.S.C. §§ 1962 (d), 924 (c)(1)(A)(iii), 924 (j)(1) and 21 U.S.C. §

24 846.  The sentencing hearing is currently scheduled for October 7, 2014, at 9:00 a.m.

25 ///

26 ///

Stipulation to Continue and [Proposed] Order
CR 12-00723 EJD                              1

2. Mr. Farias is still conducting sentencing related investigation and evaluations are ongoing, the eventual outcome of which he believes may have a significant effect on the potential sentence in this matter.

3. United States Probation Officer Insa Bel'Ochi, who is conducting the presentence investigation, has been consulted and has no opposition to the requested continuance and is available on the requested date.

4. Probation will file a revised Presentence Report on or before December 1, 2014. The parties will file their Sentencing Memoranda on or before December 19, 2014.

5. Accordingly, the parties respectfully request that the sentencing hearing be continued to January 29, 2015, at 1:30 p.m.

IT IS SO STIPULATED.

                                            Respectfully submitted,

                                            STEVEN G. KALAR
                                            Federal Public Defender

Dated: September 30, 2014       /s_____
                                            ROBERT CARLIN
                                            Assistant Federal Public Defender

                                            UNITED STATES ATTORNEY

Dated: September 30, 2014       /s_____
                                            DANIEL KALEBA
                                            Assistant United States Attorney

STEVEN G. KALAR
Federal Public Defender
ROBERT M. CARLIN
Assistant Federal Public Defender
55 South Market Street, Suite 820
San Jose, CA 95113
Telephone: (408) 291-7753
E-mail: robert_carlin@fd.org

Counsel for Defendant
JOSE FARIAS BARAJAS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 12-00723-EJD |
| Plaintiff, | **[PROPOSED] ORDER ON STIPULATION TO CONTINUE SENTENCING HEARING** |
| vs. | |
| JOSE FARIAS BARAJAS, | |
| Defendant. | |

1. On March 20, 2014, Mr. Farias appeared before this Court and entered guilty pleas to violations of 18 U.S.C. §§ 1962 (d), 924 (c)(1)(A)(iii), 924 (j)(1) and 21 U.S.C. § 846. The sentencing hearing is currently scheduled for October 7, 2014, at 9:00 a.m.

2. Mr. Farias is still conducting sentencing related investigation and evaluations are ongoing, the eventual outcome of which he believes may have a significant effect on the potential sentence in this matter.

3. United States Probation Officer Insa Bel'Ochi, who is conducting the presentence investigation, has been consulted and has no opposition to the requested continuance and is available on the requested date.

///

4.  Probation will file a revised Presentence Report on or before December 1, 2014.  The parties will file their Sentencing Memoranda on or before December 19, 2014.

5.  Based on the foregoing, the sentencing hearing in this matter shall be continued to January 29, 2015, at 1:30 p.m.

IT IS SO ORDERED.

Dated: _____      _____
HON. EDWARD J. DAVILA
United States District Judge