# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### PROBATION OFFICE

1301 Clay Street
Suite 220S
Oakland, CA 94612-5208
TEL: (510) 637-3600
FAX: (415) 581-7420

**YADOR J. HARRELL**
*CHIEF U.S. PROBATION OFFICER*

**NOEL A. BELTON**
*ASST. DEPUTY CHIEF U.S. PROBATION OFFICER*

*DEPUTY CHIEF U.S. PROBATION OFFICER*

**JAMES M. SCHLOETTER**
*ASST. DEPUTY CHIEF U.S. PROBATION OFFICER*



October 1, 2014

**FILED**
OCT 03 2014
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MEMORANDUM

The Honorable Edward J. Davila
United States District Judge

RE: VELLA, Paul Lawrence
Docket No.    CR 13-00349-01 EJD
**REQUEST FOR CONTINUANCE**

Your Honor:

The undersigned is requesting a continuance of the sentencing hearing in the above matter from **November 3, 2014, to December 1, 2014**. The request is being made because the case agent canceled the evidence review scheduled for September 23, 2014, as the forensic agent was unavailable. This hindered the undersigned from completing a comprehensive and detailed presentence report. However, arrangements have been made for the undersigned to review the evidence on October 1, 2014.

Contact has been made with the government and defense counsels, as well as your Court Clerk. All have confirmed their availability for December 1, 2014.

It is respectfully requested that the Court grant the continuance of the sentencing hearing in the above matter. The enclosed order reflects the sentencing date change from **November 3, 2014, to December 1, 2014**.

Respectfully submitted,

Karen L. Mar
U.S. Probation Officer

Approved:

Joshua Sparks
Supervisory U.S. Probation Officer

Cc: Joseph Fazioli, AUSA; Douglas Lipton and Adam Penella, defense counsels

# United States District Court

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FILED
OCT 03 2014
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
) Docket Number:
vs. ) 0971 5:13CR00349-001 EJD
)
PAUL LAWRENCE VELLA )
)

## ORDER CONTINUING DATE OF JUDGMENT AND SENTENCE

ON MOTION OF THE COURT, and good cause appearing, it is hereby ordered that the judgment and sentence originally set for November 3, 2014, be continued until December 1, 2014, at 1:30 p.m.

Date: 10/3/14

Edward J. Davila
United States District Judge