STEVEN G. KALAR
Federal Public Defender
ROBERT M. CARLIN
Assistant Federal Public Defender
55 South Market Street, Suite 820
San Jose, CA  95113
Telephone:  (408) 291-7753
E-mail: robert_carlin@fd.org

Counsel for Defendant
JOSE FARIAS BARAJAS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 12-00723-EJD |
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING HEARING; [PROPOSED] ORDER** |
| vs. | |
| JOSE FARIAS BARAJAS, | |
| Defendant. | |

Plaintiff United States of America, by and through Assistant United States Attorney Daniel Kaleba, and Defendant JOSE FARIAS BARAJAS ("Mr. Farias"), by and through his attorney of record, Assistant Federal Public Defender Robert Carlin, hereby stipulate that the sentencing hearing in this case should be continued from October 7, 2014, to January 29, 2015, at 1:30 p.m.

1. On March 20, 2014, Mr. Farias appeared before this Honorable Court and entered guilty pleas to violations of 18 U.S.C. §§ 1962 (d), 924 (c)(1)(A)(iii), 924 (j)(1) and 21 U.S.C. § 846.  The sentencing hearing is currently scheduled for October 7, 2014, at 9:00 a.m.

///

///

2. Mr. Farias is still conducting sentencing related investigation and evaluations are ongoing, the eventual outcome of which he believes may have a significant effect on the potential sentence in this matter.

3. United States Probation Officer Insa Bel'Ochi, who is conducting the presentence investigation, has been consulted and has no opposition to the requested continuance and is available on the requested date.

4. Probation will file a revised Presentence Report on or before December 1, 2014. The parties will file their Sentencing Memoranda on or before December 19, 2014.

5. Accordingly, the parties respectfully request that the sentencing hearing be continued to January 29, 2015, at 1:30 p.m.

IT IS SO STIPULATED.

Respectfully submitted,

STEVEN G. KALAR
Federal Public Defender

Dated: September 30, 2014        /s_____
                                 ROBERT CARLIN
                                 Assistant Federal Public Defender


                                 UNITED STATES ATTORNEY

Dated: September 30, 2014        /s_____
                                 DANIEL KALEBA
                                 Assistant United States Attorney

Stipulation to Continue and [Proposed] Order
CR 12-00723 EJD                              2

STEVEN G. KALAR
Federal Public Defender
ROBERT M. CARLIN
Assistant Federal Public Defender
55 South Market Street, Suite 820
San Jose, CA  95113
Telephone:  (408) 291-7753
E-mail: robert_carlin@fd.org

Counsel for Defendant
JOSE FARIAS BARAJAS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 12-00723-EJD |
| Plaintiff, | **[PROPOSED] ORDER ON STIPULATION TO CONTINUE SENTENCING HEARING** |
| vs. | |
| JOSE FARIAS BARAJAS, | |
| Defendant. | |

1. On March 20, 2014, Mr. Farias appeared before this Court and entered guilty pleas to violations of 18 U.S.C. §§ 1962 (d), 924 (c)(1)(A)(iii), 924 (j)(1) and 21 U.S.C. § 846.  The sentencing hearing is currently scheduled for October 7, 2014, at 9:00 a.m.

2. Mr. Farias is still conducting sentencing related investigation and evaluations are ongoing, the eventual outcome of which he believes may have a significant effect on the potential sentence in this matter.

3. United States Probation Officer Insa Bel'Ochi, who is conducting the presentence investigation, has been consulted and has no opposition to the requested continuance and is available on the requested date.

///

4. Probation will file a revised Presentence Report on or before December 1, 2014. The parties will file their Sentencing Memoranda on or before December 19, 2014.

5. Based on the foregoing, the sentencing hearing in this matter shall be continued to January 29, 2015, at 1:30 p.m.

IT IS SO ORDERED.

Dated: _____10/3/2014_____          _____
                                                             HON. EDWARD J. DAVILA
                                                             United States District Judge

Stipulation to Continue and [Proposed] Order
CR 12-00723 EJD                                                    4