STEVEN G. KALAR
Federal Public Defender
ROBERT M. CARLIN
Assistant Federal Public Defender
55 South Market Street
Suite 820
San Jose, CA 95113
Telephone: (408) 291-7753

Counsel for Defendant FARIAS BARAJAS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-12-00723 EJD |
| Plaintiff, | [PROPOSED] ORDER DIRECTING UNITED STATES MARSHALS TO ALLOW CONTACT VISITS AND PSYCHOLOGICAL TESTING |
| vs. | |
| JOSE FARIAS BARAJAS, | |
| Defendant. | |

GOOD CAUSE APPEARING, upon request of defendant Jose Farias Barajas, by and through counsel, IT IS HEREBY ORDERED that the United States Marshals Service shall direct the Glenn E. Dyer Detention Facility to permit Dr. Timothy J. Derning to have four private contact visits with Mr. Farias Barajas, unaccompanied by an attorney or any representative of the jail or Marshals Service, with each visit scheduled to last four hours, in order to conduct a psychological examination and evaluation of Mr. Farias Barajas.

IT IS FURTHER ORDERED that during these visits Mr. Farias Barajas's arms shall be unshackled or, if it is determined that some form of shackling is necessary for the safety of Dr. Derning and jail personnel, Mr. Farias Barajas's hands and arms shall be given sufficient slack to

1  enable him to complete the written portions of the tests.

2      IT IS FURTHER ORDERED that Dr. Derning shall be permitted to bring the following

3  items into the room where the contact visits occur:

4      (1) A black rolling carry-on bag containing: the testing materials (some of which are

5  bound with staples or paper clips) including test booklets, spiral-bound materials, tests contained

6  in three-ring binders, test response forms and booklets; puzzle-type materials including blocks,

7  puzzle pieces, wooden disks, wooden spindles, a wooden base, and a $1 bill; a small notebook

8  and folding folio clipboard with plain typing paper for notes and examination; pens, pencils and

9  rubber bands; personal identification; car keys; and clip-on sunglasses; and

10     (2) a laptop computer with an AC adapter and an extension cord, all of which Dr.

11 Derning will bring with him to the jail.

12     IT IS SO ORDERED.

13

14 Dated: 11/20/2014

                           The Honorable Edward J. Davila

15                            United States District Court Judge