IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-12-00723 EJD |
| ) | |
| Plaintiff, ) | [PROPOSED] ORDER CONTINING SENTENCING HEARING FOR JOSE FARIAS BARAJAS |
| ) | |
| vs. ) | |
| ) | |
| JOSE FARIAS BARAJAS, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

GOOD CAUSE APPEARING, upon application of defendant Jose Farias Barajas, by and through counsel, IT IS HEREBY ORDERED that the sentencing hearing is continued from January 29, 2015, to March 26, 2015, at 1:30 p.m.

IT IS SO ORDERED.
The Court denies the request for special status setting by the Government.
Date: __12/16/2014_____

_____
The Honorable Edward J. Davila
United States District Court Judge

[Proposed] Order
CR-12-00723 EJD                                           1