MARK D. FLANAGAN (SBN 130303)
  Mark.Flanagan@wilmerhale.com
MICHAEL A. MUGMON (SBN 251958)
  Michael.Mugmon@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA  94304
Tel:     (650) 858-6000
Fax:    (650) 858-6100

Attorneys for Defendant Victor Manuel Rodriguez

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>VICTOR MANUEL RODRIGUEZ,<br><br>Defendant. | Case No.  CR 12-00723-EJD<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE BRIEFING SCHEDULE |

It is hereby stipulated and agreed to between plaintiff United States of America, through counsel of record, Daniel R. Kaleba and Stephen J. Meyer, Assistant United States Attorneys, and defendant Victor Manuel Rodriguez, through his counsel of record, Mark D. Flanagan and Michael A. Mugmon, that the December 19, 2014, due date for filing sentencing memoranda be rescheduled to January 9, 2015, in order to give the parties additional time to prepare for the hearing.  The sentencing hearing is scheduled for January 29, 2015 at 1:30 p.m.  Specifically, the parties require additional time to prepare their sentencing memoranda because they did not receive the U.S. Probation Office's Final Presentence Investigation Report until December 15, 2014.  The parties further stipulate that responses to sentencing memoranda, if any, shall be filed no later than January 23, 2015.

SO STIPULATED.

Dated: December 17, 2014					*/s/ Mark D. Flanagan*
							MARK D. FLANAGAN
							MICHAEL A. MUGMON

							*Attorneys for Defendant*
							*Victor Manuel Rodriguez*


Dated: December 17, 2014					*/s/ Stephen J. Meyer*
							DANIEL R. KALEBA
							STEPHEN J. MEYER

							Assistant United States Attorneys


**[PROPOSED ORDER]**

Pursuant to the stipulation of the parties, and for good cause having been shown, IT IS HEREBY ORDERED THAT the due date for defendant's filing of sentencing memoranda, currently December 19, 2014, is rescheduled to January 9, 2015, and any responses thereto, if any, shall be filed no later than January 23, 2015.


Date: _____			_____
							Hon. Edward J. Davila
							United States District Court Judge

**ATTESTATION OF E-FILED SIGNATURE**

I, Mark D. Flanagan, am the ECF User whose ID and password are being used to file this document. I hereby attest that Stephen J. Meyer has concurred in this filing.

Dated:  December 17, 2014

*/s/ Mark D. Flanagan*
Mark D. Flanagan