# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION
Judge Edward J. Davila

Courtroom 4 - 5th Floor

## Criminal Minute Order

**TIME IN COURT: 1 hr 40 mins**

| | |
|---|---|
| **Date:** January 29, 2015 | **U.S. Probation Officer:** InsaBel'Ochia |
| **Courtroom Deputy:** Elizabeth Garcia | **U.S. Pretrial Services Officer:** N/A |
| **Court Reporter:** Irene Rodriguez | **Interpreter:** Jack Medina (Spanish) |

**CASE NUMBER**: 5:12-cr-00723-EJD
**TITLE:** Victor Manuel Rodriguez (C)(P)(I)

Government Attorney(s) present: Daniel Kaleba, Stephen Meyer
Defendant Attorney(s) present: Mark Flanagan, Michael Mugman

**PROCEEDINGS:** Sentencing Hearing

**ORDER AFTER HEARING:**

Hearing held. The Court sentenced the defendant as to Counts One, Five, Six and Seven of the Superseding Indictment and committed the defendant to the following: 460 months BOP Custody, this term consists of 340 months BOP custody as to Counts 1, 6, 7, all counts to run concurrently to each other and 120 months as to Count 5, to run consecutively, Five (5) years supervised release as to Counts 1, 5, 6, 7 all terms to run concurrently, $400 special assessment, no fine imposed. The Government moved to dismiss all remaining counts. The Court GRANTED the request. Defendant remanded to the custody of the USM at conclusion of the hearing.

P/NP: Present, Not Present
C/NC: Custody, Not in Custody
I: Interpreter

Elizabeth C. Garcia
Courtroom Deputy
Original: Efiled
CC: