STEVEN G. KALAR
Federal Public Defender
ROBERT CARLIN
Assistant Federal Public Defender
55 South Market Street, Suite 820
San Jose, CA 95113
Telephone: (408) 291-7753
E-mail: robert_carlin@fd.org

Counsel for Defendant
JOSE FARIAS BARAJAS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>JOSE FARIAS BARAJAS, )<br>)<br>Defendant. )<br>_____) | No. CR-12-00723 EJD<br><br>**DEFENDANT'S RESPONSE TO GOVERNMENT'S SENTENCING MEMORANDUM** |

In the government's sentencing memorandum, it makes several allegations concerning the report prepared by Dr. Timothy Derning. This memorandum responds to those allegations.

The government claims that despite its "numerous requests," the defense has failed to make Dr. Derning available in person or by phone. See Gov't Sent'g Memo at 9:12-13. In fact, undersigned counsel attempted to facilitate a conversation between the government and Dr. Derning. The defense's only request was that the government provide a general sense of its questions for Dr. Derning. The government never responded. The government now expresses concern that Dr. Derning did not consider certain information in his assessment. Had the government made this concern known to the defense, the defense would have provided that

information to Dr. Derning and asked him to incorporate the information into his report. The government did not do this, however.

In addition, the government now argues that unless this Court is prepared to grant its request for a within-Guidelines sentence, there should be an evidentiary hearing so the government can cross-examine Dr. Derning. Again, the government has not previously mentioned the possibility of an evidentiary hearing to the defense. The defense would also note that it had previously invited the government to obtain its own expert to examine Mr. Farias Barajas if it was not satisfied with Dr. Derning's evaluation. The government did not do so.

At this point, the defense respectfully seeks the Court's guidance. The defense believes that the Court has sufficient information to proceed with the sentencing on Thursday. Dr. Derning conducted an extensive evaluation according to a methodology that has been approved by the Supreme Court and members of his profession. However, if the Court finds it preferable to continue the hearing, the defense can provide Dr. Derning with whatever information the government believes is relevant and ask Dr. Derning whether it changes his evaluation in any way. Alternatively, if the Court believes that it would benefit from an evidentiary hearing, the defense will work to coordinate a date that is convenient for the Court, the parties, and Dr. Derning.

Dated: May 19, 2015

Respectfully submitted,

STEVEN G. KALAR
Federal Public Defender


_____/S/_____
ROBERT CARLIN
Assistant Federal Public Defender