# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION
### Judge Edward J. Davila
Courtroom 4 - 5th Floor
### Criminal Minute Order

**TIME IN COURT:** 24 mins
(1:34 -1:58 PM)

**Date:** May 21, 2015  
**Courtroom Deputy:** Elizabeth Garcia  
**Court Reporter:** Irene Rodriguez  

**U.S. Probation Officer:** Insa Bel'Ochi  
**U.S. Pretrial Services Officer:** N/A  
**Interpreter:** N/A  

**CASE NUMBER**: 5:12-cr-00723-EJD  
**TITLE:** USA v. Jose Farias Barajas (C)(P)

Government Attorney(s) present: Stephen Meyer, Daniel Kaleba  
Defendant Attorney(s) present: Robert Carlin

**PROCEEDINGS:** Status Conference re Sentencing

**ORDER AFTER HEARING:**
Hearing held.
The Court continued the matter to September 14, 2015 at 9:00 AM for an Evidentiary Hearing and Sentencing Proceedings.

**P/NP:** Present, Not Present  
**C/NC:** Custody, Not in Custody  
**I:** Interpreter  

Elizabeth C. Garcia  
**Courtroom Deputy**  
**Original:** Efiled  
**CC:**